**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**District Judge Gordon P. Gallagher**

Civil Action No. 26-cv-03292-GPG

DOUGLAS XAVIER QUIMI-ARELLANO,

Petitioner,

v.

JUAN BALTAZAR,
*Warden of the Denver Contract Detention Facility, Aurora, CO*, *in his official capacity,*
GEORGE VALDEZ,
*Field Office Director, Denver Field Office, U.S. Immigration and Customs Enforcement,*
DAVID VENTURELLA,
*Acting Director of U.S. Immigration and Customs Enforcement,*
MARKWAYNE MULLIN,
*Secretary of the United States Department of Homeland Security,*
TODD BLANCHE,
*Acting Attorney General of the United States, acting in their official capacities,*

Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Federal Rules of Civil Procedure 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [D. 9] entered on July 21, 2026, by United States District Judge Gordon P. Gallagher, and supplemented by Status Report [D. 12] by Respondents, it is

ORDERED that Respondents have complied with the Order [D. 9] and Petitioner was denied bond. It is further

ORDERED that this case is closed.

DATED at Grand Junction, Colorado, this 12th day of August 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk
By: s/D. Clement
Deputy Clerk